UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

    Plaintiff,

VS.

PHILLIP GREENE

    Defendant,

2:13-CR-00289-LDG-CWH

AMENDED
MINUTES OF THE COURT

Dated:   February 10, 2014

PRESENT:

THE HONORABLE **LLOYD D. GEORGE, U.S. DISTRICT JUDGE**

DEPUTY CLERK:   DENISE SAAVEDRA     COURT RECORDER: JOAN QUIROS

PRESENT FOR PLAINTIFF:    PHILLIP SMITH AND NICHOLAS DICKINSON, AUSA

PRESENT FOR DEFENDANT:    PAUL RIDDLE AND NISHA BROOKS-WHITTINGTON, AFPD

JURY TRIAL - DAY 1

    Proceedings begin at 9:20 a.m. The prospective jury is not present. Defendant is present. Special Agent Michael Loving is present as case agent. The Court hears arguments on Motion to Inspect and Produce Personnel Files of Law Enforcement Officer by Defense. Accordingly, the Motion is Granted in part and Denied in part.

    The Court hears matters outside the presence of prospective jurors.

    47 prospective jurors enter the Courtroom at 9:49 AM and are sworn. Voir Dire begins. The proposed jurors are present. Voir dire continues and are concluded. Counsel exercise peremptory challenges. 14 jurors are seated and sworn. The Court admonishes the jury.

    Proceedings recess from 12:30 p.m. to 1:45 p.m. Outside the presence of the jury, The Court hears arguments on Motions. Accordingly, the Court Denies Motion to exclude Mr. Greene's statements.

USA VS. GREENE
2:13-CR-00289-LDG-CWH
February 10, 2014
Page two

    Jurors are present at 2:00 p.m.

    Mr. Smith presents the Government's opening statement.

    Ms. Brooks-Whittington presents the Defendant's opening statement.

    **Detective R. Wright** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government's exhibits 18, 19, 20, 21, 22, 23, 24, 25, 26, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17 are marked and admitted. Mr. Smith passes the witness to Mr. Riddle for cross examination. Following additional examination by Mr. Smith and Mr. Riddle, the witness is excused.

    **Detective D. Denton** is sworn to testify as a witness for the Government. Mr. Smith examines the witness. Government's exhibits 2, 3, 5, and 6 are marked and admitted. Mr. Smith passes the witness to Mr. Riddle for cross examination. Following additional examination by Mr. Smith and Mr. Riddle, the witness is excused.

    **Officer J. Chamberlin** is sworn to testify as a witness for the Government. Mr. Dickinson examines the witness. Government's exhibits 1, 4, and 7 are marked and admitted. Mr. Dickinson passes the witness to Mrs. Brooks-Whittington for cross examination. Following additional examination by Mr. Dickinson and Mrs. Brooks-Whittington, the witness is excused.

    The Jury is admonished 4:57 p.m.

    Proceedings recess at 5:00 p.m.

    **IT IS ORDERED** that the jury trial is continued to Tuesday, February 10, 2014 at 8:30 A.M.

                                              **LANCE S. WILSON, CLERK**
                                              **UNITED STATES DISTRICT COURT**

                                              /s/ Denise Saavedra
                                              **DEPUTY CLERK**