1
2
3
4
5
6                              **UNITED STATES DISTRICT COURT**
7                                      **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,           )
                                        )
9                 Plaintiff,            )
                                        )
10        v.                            )   2:13-CR-289-LDG-(CWH)
                                        )
11  PHILLIP GREENE,                     )
                                        )
12                Defendant.            )

13                              **FINAL ORDER OF FORFEITURE**

14          On February 24, 2014, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

16  Code, Section 922(g)(1); and Title 18, United States Code, Section 924(d)(1) and Title 28, United

17  States Code, Section 2461(c), based upon the jury verdict finding defendant PHILLIP GREENE guilty

18  of the criminal offense, forfeiting specific property set forth in the Forfeiture Allegation of the

19  Criminal Indictment and shown by the United States to have the requisite nexus to the offense to

20  which defendant PHILLIP GREENE was found guilty.  Criminal Indictment, ECF No. 9; Minutes of

21  Jury Trial, ECF No. 43; Verdict Form, ECF No. 46; Preliminary Order of Forfeiture, ECF No. 52.

22          This Court finds the United States of America published the notice of forfeiture in accordance

23  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

24  from February 28, 2014, through March 29, 2014, notifying all potential third parties of their right to

25  petition the Court.  Notice of Filing Proof of Publication, ECF No. 55.

26  . . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:

   1. a Century Arms International 7.62 caliber handgun bearing serial number BI647; and
   2. any and all ammunition.

13 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
14 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
15 income derived as a result of the United States of America's management of any property forfeited
16 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
17 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
18 certified copies to the United States Attorney's Office.
19 DATED this 7 day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE