```
___FILED      ___RECEIVED
___ENTERED    ___SERVED ON
           COUNSEL/PARTIES OF RECORD

        AUG 1 3 2014

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

vs.

PHILLIP GREENE

Defendant.

District No.   2:13-CR-0289-LDG-CWH

## ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On August 12, 2014 this court received a transcript order form dated August 12, 2014 requesting Transcripts of hearings held on February 10, 2014 and April 22, 2014 from Alina Shell, counsel for the Defendant, in which portions of the hearings are sealed.

**IT IS THE ORDER OF THE COURT** that the portions of the sealed recordings shall be unsealed by the Clerk for the limited purpose of providing transcripts of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portions of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcripts to anyone other than the representatives of the parties directly concerned with this case.

DATED this _12_ day of August, 2014

_____
Lloyd D. George
United States District Judge