UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILLIP GREENE,<br><br>        Defendant. | Case No. 2:13-cr-00289-KJD-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, August 17, 2021 at 9:30 a.m., be vacated and continued to October 5, 2021 at the hour of 11:00 a..m.; courtroom 4A.

    DATED this 12th day of August, 2021.

                                                _____
                                                UNITED STATES DISTRICT JUDGE